## ABRAHAM SALSBURY *versus* PIERRE LABADIE.

JOURNAL ENTRIES (1827–28): *Journal 4:* (1) Motion for rule to amend return to certiorari, motion for rule to assign errors *p. 129; (2)

rule to amend return *p. 145; (3) motion for rule to assign errors *p. 160; (4) continued *p. 191.

PAPERS IN FILE: (1) Affidavit and petition for certiorari, allocatur; (2) precipe for certiorari; (3) writ of certiorari, copy of affidavit, return; (4) motion for rule on justice to amend return; (5) draft of rule to amend return; (6) certified copy of rule to amend return, proof of service; (7) additional return; (8) motion for rule to assign errors.

*1824–36 Calendar*, MS p. 132.